Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 2 2025

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-49-TOR |
| Plaintiff, | INDICTMENT |
| v. | Vio: 18 U.S.C. § 111(a)(1)<br>Assault on a Federal Officer |
| HADA LUZ RODRIGUEZ-MARTINEZ, | |
| Defendant. | |

The Grand Jury charges:

On or about March 8, 2025, in the Eastern District of Washington, the Defendant, HADA LUZ RODRIGUEZ-MARTINEZ, did forcibly assault, resist, oppose, impede, intimidate, and interfere with J.W., while J.W. was employed as a Deportation Officer with United States Immigration and Customs Enforcement, and while J.W. was engaged in and on account of the performance of J.W.'s official

INDICTMENT – 1

duties, and such acts involved physical contact with J.W., in violation of 18 U.S.C. § 111(a)(1).

DATED this __2__ day of April 2025.

A TRUE BILL

*Richard R. Barker* (signature)
Richard R. Barker
Acting United States Attorney

*Michael J. Ellis* (signature)
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2