FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2025

SEAN F. McAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** Hada Luz Rodriguez-Martinez    **CASE NO.** 2:25-CR-49-TOR-1

TOTAL # OF COUNTS: 1    ☑ FELONY    ☐ MISDEMEANOR    ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 111(a)(1) | Assault on a Federal Officer | Not more than eight years imprisonment; a $250,000 fine; not more than three years supervised release; a $100 special penalty assessment |